A. J. MANDEL, Appellant, v. H. FRIEDMAN, Appellee.

Appeal: NOTICE: RECORD.

*Appeal from Pottawattamie District Court.*—HON. N. W. MACY, Judge.

FRIDAY, MAY 20, 1892.

THE plaintiff filed his motion for an order requiring George F. Wright, John N. Baldwin and C. Haldane, composing the firm of Wright, Baldwin & Haldane, to pay over money alleged to have been collected by them from the defendant for the plaintiff, as his attorneys in the above entitled cause. The motion was submitted upon affidavits, and overruled. The plaintiff appeals.—*Dismissed.*

*Blum & Blum,* for appellant.

*Wright & Baldwin,* for appellee.

GIVEN, J.—There is nothing in the record before us to show that an appeal has been taken in this case. We have repeatedly held that it must appear that an appeal has been taken, and, in the absence of such showing, the case will be dimissed. *Plummer v. People's Nat. Bank,* 73 Iowa, 752; *First Nat. Bank v. City Council of Albia, post,* page 730; *Farrell v. City of Muscatine, post,* page 747. DISMISSED.